1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6
7    UNITED STATES OF AMERICA,              )
8                         Plaintiff,         )          Case No. 2:13-cr-00052-GMN-GWF
                                            )
9    vs.                                    )          **ORDER**
                                            )
10   JOSE RIOS,                             )
                                            )
11                         Defendant.        )
     _____)
12
13          This matter comes before the Court on Rene Valladares and Paul Riddle's Motion to

14   Withdraw as Counsel (#37) for Defendant Jose Rios, filed on April 25, 2013.  Valladares and

15   Riddle, of the Office of the Federal Public Defender ("OFPD"), represent that during the course of

16   their investigation , they discovered the OFPD currently represents another defendant that poses a

17   direct conflict with their representation of Rios.  The Court finds the movants establish good cause

18   to withdraw as counsel for Rios.  Accordingly,

19          **IT IS HEREBY ORDERED** that Rene Valladares and Paul Riddle's Motion to Withdraw

20   as Counsel (#37) is **granted**.

21          **IT IS FURTHER ORDERED** that the Court shall conduct a hearing to appoint new

22   counsel on **Monday, May 6, 2013 at 9:00AM** in LV Courtroom 3A.

23          DATED this 1st day of May, 2013.

24
25                                            _____
26                                            GEORGE FOLEY, JR.
                                             United States Magistrate Judge
27
28