**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-052-GMN-(GWF) |
| ) | |
| JOSE RIOS, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on April 22, 2014, defendant JOSE RIOS pled guilty to Count One of a Ten-Count Criminal Indictment charging him in Count One with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 85; Plea Agreement, ECF No. 87.

This Court finds defendant JOSE RIOS agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 85; Plea Agreement, ECF No. 87.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JOSE RIOS pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1):

. . .

1. $500.00 in United States Currency seized from 5450 E. Lake Mead Boulevard, Apt. #222, Las Vegas, NV;
2. $1,893.00 in United States Currency seized from 2022 Castleberry Lane, Apt. D, Las Vegas, NV;
3. $8,250.00 in United States Currency seized from 2022 Castleberry Lane, Apt. B, Las Vegas, NV;
4. Hi Point 9mm semi-automatic handgun bearing serial number P096586 seized from 5450 E. Lake Mead Boulevard, Apt #222, Las Vegas, NV; and
5. any and all ammunition

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOSE RIOS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Michael A. Humphreys
>   Assistant United States Attorney
>   Daniel D. Hollingsworth
>   Assistant United States Attorney
>   Lloyd D. George United States Courthouse
>   333 Las Vegas Boulevard South, Suite 5000
>   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 1st day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on April 22, 2014, by the below identified method of service:

<u>CM/ECF</u>

Benjamin C. Durham
601 S. 10th St.
Las Vegas, NV 89101
bdurham@vegasdefense.com
Attorney for Jose Rios

Chris T. Rasmussen
Rasmussen & Kang LLC
330 S. Third St., Ste. 1010
Las Vegas, NV 8910
chris@rasmussenkang.com
Attorney for Miguel Ruiz

Osvaldo E. Fumo
Osvaldo E. Fumo, Chtd.
1212 Casino Center Boulevard
Las Vegas, NV 89104
ozzie@fumolaw.com
Attorney for Michael Doerflein

Stephen Stein
Stein & Rojas
520 S. Fourth St.
Las Vegas, NV 89101
stephensteinesq@yahoo.com
Attorney for Paul Zappulla

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal